**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ALVIN SCOTT MITCHELL, JR.,

                Plaintiff,                    23 **CIVIL** 6428 (SN)

      -v-                                  **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated February 9, 2024, that the final decision of the

Commissioner be reversed and the above-captioned action be remanded to the Commissioner of

Social Security for further administrative proceedings pursuant to the fourth sentence of 42

U.S.C. § 405(g), including that Plaintiff will be offered a new hearing.

**Dated:** New York, New York
       February 12, 2024

                              **RUBY J. KRAJICK**
                             _____
                                   **Clerk of Court**

              **BY:**        K. Mango

                                _____
                                   **Deputy Clerk**